**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**SHAOLI LI,**

     Petitioner,

v.                                                                                    Civil Action No. **3:25cv916 (RCY)**

**PAMELA JO BONDI,** *et al.*,

     Respondents.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1.  Respondents' Motion to Dismiss (ECF No. 8) is GRANTED;

2.  The § 2241 Petition (ECF No. 1) is DISMISSED AS MOOT;

3.  The motions to appoint counsel (ECF Nos. 3, 4) are DENIED; and,

4.  The action is DISMISSED.

Petitioner does not request, and the Court does not grant leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Should Petitioner desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Petitioner and counsel for Respondents.

It is so ORDERED.

                                                /s/

                                        Roderick C. Young
                                        United States District Judge

Date: February 2, 2026
Richmond, Virginia